**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **STORMBORN TECHNOLOGIES LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**LOCKHEED MARTIN CORPORATION,**<br><br>　　　　　　　　Defendant. | Civil Action No.: 5:20-cv-00891<br><br>**TRIAL BY JURY DEMANDED** |

**STIPULATION FOR EXTENSION OF TIME**

　　IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Stormborn Technologies LLC ("Plaintiff"), subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended up through and including July 6, 2020.

　　The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint.  Further, the parties are exploring settlement negotiations.  The requested extension should not disrupt the schedule in this case or prejudice any party.

**CERTIFICATE OF CONFERENCE**

　　I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not oppose this motion.

Dated: May 29, 2020  Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Howard L. Wernow*
Howard L. Wernow (SBN 0089019)
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 29, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Howard L. Wernow*
Howard L. Wernow