**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

**STORMBORN TECHNOLOGIES LLC,**

Plaintiff,

Civil Action No.: 5:20-cv-00891

v.

**LOCKHEED MARTIN CORPORATION,**

**TRIAL BY JURY DEMANDED**

Defendant.

## ORDER FOR STIPULATION FOR EXTENSION OF TIME

This matter having come before this Court on Plaintiff's Stipulation for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (D.E. 6) and the same is well taken and accordingly Defendant's time to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including July 6, 2020.

IT IS SO ORDERED.

Dated:  June 1, 2020

 /s/ *Benita Y. Pearson*
United States District Judge

1